

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

RYAN C. BUNDY,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
CORECIVIC,
CHARLOTTE COLLINS,
JOHN AND JANE DOES 1 THROUGH 15;

        *Defendants,.*

2:17-cv-01127-JAD-GWF

---

**DECLARATION OF RYAN C. BUNDY**
**RE: EMERGENCY INJUNCTION**

---

Pursuant to 28 U.S.C. § 1746, I, Ryan C. Bundy hereby declare as follows:

**BACKGROUND**

1. That my name is Ryan C. Bundy;

2. That I am a 44 year old man;

3. That I live on land commonly known as Nevada State, one of the several states of the union.

4. That my family owns and operates the Bundy Cattle Ranch in Clark county, Nevada;

5. That my family and I have owned and operated the Bundy Cattle Ranch in the same area since 1877;

6. That I am being charged with sixteen federal felonies surrounding my families water and grazing rights located in the area of the Bunkerville Range[1]; now known as the Gold Butte Complex or Allotment;

7. That these charges are clearly pretextual to the desire for the Bureau of Land Management("BLM")to remove Bundy from his cattle ranching, his rights and his

---

[1] Bureau of Land Management erroneously utilizes the term allotment for purposes of describing the public range.

1

property;

8. That I am vested in the Bundy Cattle Ranch and stand with my father, Cliven Bundy who has been attacked by the BLM and the Department of Justice("DOJ") with frivolous accusations;

9. That the 2012-2013 Civil Orders did not allow BLM to destroy the Bundy's irrigation and water canals on the range;

10. That BLM took back hoes and other large earth moving equipment to utilize and destroy all of the Bundy water irrigation; which was not a part of the **VOID ORDER**, alternatively;

11. For the previous 15-20 years, the Bundy Cattle ranch has been the only free range cattle ranch located in Clark County, Nevada.

12. That my father, my brothers and I have a [claim of right] to prescriptive water and grazing rights on the Bunkerville Range; now being called Gold Butte Range (which is erroneously being conflated by the DOJ and BLM)

13. That I have been maliciously arrested by federal agents while in the furtherance of an earnest and peaceful protest against the actions of BLM and the federal government;

14. That DOJ arrested me and my brothers in Burns Oregon on similar charges; whereas all defendants including myself were acquitted thereof by a jury trial on October 27, 2016.

15. That maliciously, the DOJ, USMS and CoreCIVIC are punishing me while I am being illegally kidnapped and detained at NSDC in Pahrump, NV.

16. That I am presently being held against my will on "no bail allowed" to secure my appearance in trial on a trial date that has yet to be determined.

17. That the DOJ's presumption of dangerousness is absurd; and that I have never been convicted of a violent crime; or otherwise hurt anyone.

18. That I am happily married with (8) children who are my heart soul and life;

19. That I have asserted my Speedy Trial Act rights since I have been detained in Pahrump, Nevada; over the Government's objections and the Court's refusal to release me based thereon;

20. That I have not waived my rights to the Speedy Trial Act provisions;

21. That I believe that the Court's orders in opposition are not well founded in the

procedural facts or the law of Case No. 2:16-cr-00046;

## MATERIAL FACTS SUPPORTING PRELIMINARY INJUNCTION

22. That I am presently located at a private prison called Nevada Southern Detention Center("NSDC") located in Pahrump, Nevada;

23. That I have been housed at NSDC since December 2016 as a pre-trial detainee;

24. That CoreCIVIC and USMS are conspiring to punish me while I am a pre-trial detainee by the use excessive strip search/body cavity searches;

25. That I overheard conversations regarding the oppressive and punishing treatment I am describing *infra* between CoreCIVIC and USMS;

26. That I have been strip searched/body cavity searched excessively over forty times;

27. That I am strip searched/cavity searched when I visit with my stand-by counsel;

28. That I have further refused to be strip searched/body cavity searched; and subsequently punished by CoreCIVIC and USMS for refusing the excessive and punishing searches;

29. That I have presently been housed in disciplinary segregation for over (35) days; for my refusal to accept punishment;

30. That I have not been given any exercise outside of a 7x11 box that I am currently sitting in;

31. That I do not have a window in this box I am sitting in;

32. That although my toilet is working now; I have been substantially without a working toilet or toilet paper in the 7x11 box that I am sitting in;

33. That I have been denied many attorney visits because I refuse to allow to be punished by unreasonable strip/body cavity searches to my person;

34. That I am unreasonably strip/cavity searched from and to Court appearances;

35. That this constitutes punishment because I am shackled, with several layers of hand-cuffs applied to my wrists and arms;

36. That I have a contraption called a "black box" attached to me that forces my arms together and in a position where I am helpless and can't move;

37. That there is no opportunity to retrieve contraband and place it on my person or in my body cavity(between my buttocks cheeks or inside my anus); to this extent, the USMS has directed CoreCIVIC to apply these punishing security techniques to me and others;

38. That refusing to be punished, I am being further punished with not being able to adequately prepare my defense against the Government;

39. That I am not allowed secured/confidential visits with stand-by counsel without having to choose whether I want to be punished in order to go see my attorney;

40. That further I have not been given a meaningful hearing regarding the issue of strip search/cavity searches; but instead immediately and perpetually punished by Defendants;

41. That I am forced to choose between being punished with strip search/body cavity searches in order to attend a hearing; or refusing to be strip searched/body cavity searched and constructively forbidden from the hearing;

42. That no accommodations have been made by CoreCIVIC or the USMS to remove me from this circular vortex of punishment;

43. That I have been able to file a grievance once; otherwise I have not been given pencil and paper for the purpose of filing grievances inside NSDC;

44. That I have not been able to adequately prepare my defense because NSDC officials have refused to substantially give me access to my thumb drive and legal documents and work product;

45. That I believe the NSDC's conduct by and through the direction of an agent Carter for the United States Marshall Service is a violation of my 4th, 5th, 8th, 13th and 14th Amendment rights;

46. That I believe that all of these acts and omissions by NSDC and the USMS have no legitimate penal objective; These are exaggerated responses to non-existent and pretextual safety objectives;

47. Further, on information and belief, I do not believe that this behavior is being applied uniformly throughout the entire facility; hence, I believe it is retaliatory and a violation of my equal protection of the law;

48. Moreover, I believe that this Court has the power to sanction the facility; the USMS and the Department of Justice with sanctions equivalent to immediately releasing me with dismissals on all counts based on the conduct of the government in violating my Constitutional rights while being detained against my will;

4

49. That my Constitutional rights are being crystalized every day that I am sitting inside disciplinary segregation without the ability to prepare a meaningful defense against the criminal charges alleged against me;

50. Or otherwise; that this Court has the power to **ORDER** that I be granted a bond and released so that I may go home to **ATTEMPT** to prepare for this trial against the government.

51. That **EVERYTHING** the Department of Justice attorneys put forth as evidence in the detention hearing (to support me not getting a reasonable **BOND**) is a **PRETEXT**; illegitimate; in bad-faith and not only ABSURD but rises well above the level of breaching their **DUTY OF CANDOR** to this Court and to me; in violation of the Nevada State Bar's rules of professional conduct.

52. That I have made these statements to the best of my knowledge information and belief;

53. That I believe these statements are **TRUE**; and an accurate reflection of: 1) the state of my living conditions that I am being forced into; AND 2.) my mind as it is my belief; AND 3.) My Constitutional Rights that are being prejudiced and crystalized; and **WILL NOT** be able to be cured based on the acts and omissions committed by CoreCIVIC, USMS and the DOJ *supra;*

Executed this 21 day of April, 2017.

_____
Bundy, Ryan C