Ryan C. Bundy
ID No. 79400-065
Nevada Southern Detention Hearing
2190 Ease Mesquite Avenue
Pahrump, Nevada 89060
Pro Se

```
              FILED          RECEIVED
              ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

                     APR 2 4 2017

              CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
          BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

RYAN C. BUNDY,           §
                         §
           Plaintiff,    §
                         §
Vs                       §
                         §
UNITED STATES OF AMERICA, INC.,   §
Serve: U.S. Attorney's Office     §
       501 Las Vegas Boulevard South
       Suite 1100                 §     2:17-cv-01127-JAD-GWF
       Las Vegas, NV 89101        §
                         §
CORECIVIC,               §
Serve: Address           §
                         §
CHARLOTTE COLLINS,       §
Serve: Address           §
                         §
JOHN AND JANE DOES 1 THROUGH 15   §
Serve: Address           §
                         §
           Defendants,.

## PLAINTIFF'S MOTION TO ALLOW CM/ECF FILING CAPABILITY

**COMES NOW,** the Pro per Plaintiff, Ryan C. Bundy (hereinafter "Bundy" or "Plaintiff") and moves this Court to enable CM/ECF filing access and states the following:

1. Plaintiff Bundy, at all times relevant hereto, is currently being detained at the Nevada Southern Detention Center; and,

2. At all times relevant hereto, the Nevada Southern Detention Center is owned and operated by CoreCIVIC, a publicly owned and operated prison and detention center; and,

3. Plaintiff Bundy, at all times relevant hereto, is a Pro per Plaintiff; and,

4. Plaintiff Bundy has been, and continues to be at a severe disadvantage in representing himself, while being detained at the Nevada Southern Detention Center; and,

5. Plaintiff Bundy has been and continues to experience extreme delay in filing documents through the facilities of CoreCIVIC. In fact, Plaintiff Bundy has been prejudiced by Magistrate Judge Peggy Leens' numerous rulings to strike Plaintiff's pleadings because they were perceived as filed late due to no fault of his own, and over his explanation that he was not in control of the logistics thereof; (See Case No. 2:16-cv-00046); and,

6. Plaintiff Bundy, on numerous occasions, has requested that as a pre-trial detainee, he be given CM/ECF filing capabilities to manage and file his own legal work product therein; and,

7. Plaintiff Bundy respectfully requests leave of this Court to designate Amy Roach and Rand Cadmus, both of whom have extensive CM/ECF filing experience as Paralegals/Legal Assistants throughout numerous Federal Circuits and District Courts in the United States; and,

8. Plaintiff Bundy avers that this will mitigate his present disability in managing his legal matters; filings, and otherwise monitoring the contents of his docket for purposes of obtaining relief as his averments have alleged in the respective motions and other papers filed herewith; and,

9. Plaintiff Bundy respectfully requests that this Court order NSDC to open up CM/ECF filing access for Plaintiff; or otherwise:

10. Plaintiff Bundy respectfully requests that the Court set up Plaintiff's access using randcadmus@gmail.com; and/or jaminwithamy@gmail.com; and,

11. Plaintiff Bundy intends to and will gladly designate Cadmus and Roach as his

designated filers in his civil matters, on notice by the Court to do so.

**WHEREFORE,** Plaintiff respectfully requests that this Court **GRANT** his motion to electronically file his pleadings and legal papers personally while detained at NSDC or through the assistance of the aforementioned non lawyer assistants; and any and all further relief this Court deems proper and just.

RESPECTFULLY SUBMITTED,

_____
Bundy, Ryan C

*Pro Se PLAINTIFF*