Ryan C Bundy 79400065
NSDC
2190 E Mesquite Ave
Pahrump NV 89060

US District Court Clerk
Deborah Kempi
333 Las Vegas Blvd South Room 1334
Las Vegas, NV 89101

2:17-CV-01127-JAB-GWF

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

April 24, 2017

Dear Mrs Kempi,

Enclosed is a first amended complaint of an action that was filed earlier this morning and assigned case #2:17-CV-01127-JAB-GWF. The original filling was signed by electronic signature. I am sending you this first amended complaint which includes some minor edits and my wet ink signature. This first amended complaint supercedes the original filing.

Please take notice of some important edits to the document.

1) Page 1 of 1 line 19 of my introductory letter adressed to you, Ms Kempi, I also object to this case being assigned to Magistrate/Judge George Foley, as he has conflict of intrest in this matter.

1 of 2

2) THROUGH OUT THIS DOCUMENT ARE SEVERAL HAND WRITEN FOOTNOTES, REDACTIONS, AND TEXTUAL CORRECTIONS MADE BY ME AND APROVED BY MY INITIALS AT THE SIDE.

3) CORRECTED DATES AND WET INK SIGNATURES

4) CASE NUMBERS, HAND WRITEN IN

DUE TO THE RESTRICTIVE CONDITIONS OF MY CONFINED DETAINMENT IT IS ALMOST IMPOSSIBLE FOR ME TO PRODUCE AND DELIVER A PERFECT DOCUMENT. I MUST ATEMPT TO COMMUNICATE MY DESIRED INTENTIONS AND FACTS TO OTHERS VIA TELEPHONE FROM THIS JAIL CELL. I AM NOT ABLE TO REVIEW OR EDIT MY DOCUMENTS WITHOUT CONSIDERABLE TIME CONSTRAINTS AND DIFFICULTY. PLEASE ~~EXUSE AND~~ ACCEPT THIS FIRST AMENDED COMPLAINT AND PLACE IT IN SUPERCEDANCE OF THE ORIGINAL FILING.

THANK YOU

*[signature]* April 24, 2017

Ryan C. Bundy
ID No. 79400-065
Nevada Southern Detention Hearing
2190 Ease Mesquite Avenue
Pahrump, Nevada 89060

2:17-CV-01127-JAB-GWF

**US District Court Clerk**
Deborah Kempi
333 Las Vegas Blvd South
Room 1334
Las Vegas NV 89101

FIRST AMENDED COMPLAINT

April 24, 2017

Dear Ms. Kempi,

Enclosed for immediate filing in the US District Court in Nevada, please find the following documents.

1. ~~[redacted]~~
2. Motion to approve CM/ECF access.
3. Motion for Emergency and Preliminary Injunctive Relief.
4. Exhibit A – Bivens Claim
5. Exhibit B – Declaration of Ryan C. Bundy

Should you have any questions or concerns regarding the actual form of the documents, as my non-attorney Legal Assistants have drafted these documents at my direction during discussions over the telephone, please send an email to randcadmus@gmail.com.

Further, I intend to object to any assignment of my civil matters to the Chief Judge Gloria Navarro or Magistrate Peggy Leen, or Magistrate George Foley. Moreover, these copies are the wet-ink signed versions that were submitted for filing last week.

Thank you for your assistance in properly handling and filing these matters.

Sincerely,

Ryan C. Bundy, Pro se Plaintiff

Page 1 of 1